RECEIVED
MAR 0 3 2003
CLERK, U.S. DISTRICT C...
WESTERN DIS... OF ...
BY
DEPUTY CLERK

**ALLENSWORTH & PORTER, L.L.P.**
ATTORNEYS AT LAW

620 Congress Avenue, Suite 100
Austin, Texas 78701-3229

Telephone: (512) 708-1250
Facsimile: (512) 708-0519

FILED

MAR 3  2003

CLERK, U S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK

**W. WADE PORTER**
Attorney at Law

E-Mail Address:
wwp@aaplaw.com

February 28, 2003

Clerk's Office
U.S. District Court, Western District
200 West 8th Street
Austin, Texas 78701

Re:    Case No. A 03 CA 113 SS; Board of Regents, The University of Texas System and 3D
Systems, Inc. v. EOS GmbH Electro Optical Systems; In the United States District Court
for the Western District of Texas, Austin Division

Dear Clerk:

Please accept this letter as formal notice of a change of address for W. Wade Porter, State Bar
No. 16156700, Counsel for 3-D Systems, Inc in the above referenced matter.

Mr. Porter's previous contact information of Haynes and Boone, LLP, 600 Congress Avenue,
Suite 1600, Austin, Texas 78701; Telephone: (512) 867-8423; (512) 867-8400; Telecopier (512)
867-8470; (512) 867-8637 should be changed to **Allensworth & Porter, LLP, 620 Congress
Avenue, Suite 100, Austin, Texas 78701; Telephone (512) 708-1250; Telecopier (512) 708-0519.**

Please return a file stamped copy in the enclosed self addressed, stamped envelope. If
you have any questions or require additional information, please feel free to contact me.

Sincerely,

Elizabeth M. Harsh, PLS, TSC
Legal Assistant to W. Wade Porter

cc:    Phil Cook
Thomas Jackson