57



**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

**AUSTIN DIVISION**

**BOARD OF REGENTS, THE UNIVERSITY OF**
**TEXAS SYSTEM, and 3D SYSTEMS, INC.,**
**Plaintiffs,**

-vs-                                                    **Case No. A-03-CA-113-SS**

**EOS GmbH ELECTRO OPTICAL SYSTEMS,**
**Defendant.**

<u>**ORDER**</u>

BE IT REMEMBERED on the 10th day of November, 2003 the Court was presented

Plaintiffs' Motion to Compel the Deposition of Expert Allan Lightman, Ph.D. and Request for

Expedited Consideration [#100], and in view of the possible disqualification of Dr. Lightman, if Dr.

Lightman is a possible witness in this case, and based on the representations made in the Motion,

the Court enters the following orders.

IT IS ORDERED that Dr. Lightman appear for deposition no later than November 17, 2003,

and that he produce at that deposition all of the documents described in his deposition notice.

IT IS FURTHER ORDERED that the Plaintiffs Board of Regents, the University of Texas

System and 3D Systems may file a supplemental response brief to EOS's Opening *Markman* brief

no later than November 20, 2003.

SIGNED this the _10th_ day of November 2003.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE