ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
NOV 1 0 2003
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| Board of Regents, The University of Texas System, and 3D Systems, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>EOS GmbH Electro Optical Systems,<br><br>Defendant. | Civil Action No. A03 CA 113SS |

### SUPPLEMENTAL DECLARATION OF ROBERT W. DICKERSON
### IN SUPPORT OF PLAINTIFFS' RESPONSIVE *MARKMAN* BRIEF

I, Robert W. Dickerson, declare as follows:

1. I am a partner with the law firm of Jones Day, counsel of record for plaintiffs Board of Regents, The University of Texas System, and 3D Systems, Inc. in the above-captioned action. I am duly licensed to practice law in the State of California, and have been admitted to this action *pro hac vice*. I have personal knowledge of the facts stated in this Supplemental Declaration, and I could and would competently testify to the matters set forth below if called upon to do so.

2. Attached as Exhibit 15 is a Joint Claim Construction Chart showing the proposed constructions of the parties.

3. Attached as Exhibit 16 is a true and correct copy of Patent Office *Manual of Patent Examining Procedure* (MPEP), § 2181 (Latest Revision February 2003).

4. Attached as Exhibit 17 is *Webster's Ninth New Collegiate Dictionary* (1985) at 341 that defines "deposit" with the pertinent passage underlined; at 678 that defines "layer" with the pertinent passage underlined; at 857-58 that defines "part;" and at 906 that defines "plurality" with the pertinent passage underlined.

5. Attached as Exhibit 18 is *Webster's Third New International Dictionary* (1986) at 1645 that defines "part."

6. Attached as Exhibit 19 is a true and correct copy of U.S. Patent No. 4,863,538 issued to Deckard.

I further declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of November, 2003 at Los Angeles, California.



Robert W. Dickerson

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served in the following manner to the following counsel of record on this 10th day of November, 2003.

| | |
|---|---|
| Thomas H. Watkins<br>Albert A. Carrion, Jr.<br>HILGERS & WATKINS P.C.<br>98 San Jacinto Boulevard<br>San Jacinto Center, Suite 1300<br>Austin, Texas 78701<br>(512)476-4716<br>(512) 476-5139 Facsimile | *Via Certified Mail* |
| Michael H. Baniak<br>Michael D. Gannon<br>BANIAK PIKE & GANNON<br>150 N. Wacker Drive, Suite 1200<br>Chicago, Illinois 60606<br>(312) 673-0360<br>(312) 673-0361 Facsimile | *Via Federal Express and Electronic Mail* |

Attorneys for Defendant
EOS GMBH ELECTRO OPTICAL SYSTEMS

*[signature]*
ELIZABETH J. BROWNFORE

Gray Cary\AU\4116529.1
2502557-1

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

Civil Case No.        A-03-CA-113-SS

Board of Regents, The Univ. of Texas, et al.

VS.

EOS GmbH Electro Optical Systems

| | |
|---|---|
| Attachments to Document #: | 105 |
| Description: | Supplemental Declaration of Robert W. Dickerson In Support of P's Responsive Markman brief |
| Filed By: | Cnsl. For Plaintiffs |
| File Date: | 11/10/03 |