IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
NOV 2 0 2003
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT ...
BY _____
        DEPUTY CLERK

| | |
|---|---|
| Board of Regents, The University of Texas System, and 3D Systems, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>EOS GmbH Electro Optical Systems,<br><br>Defendant. | Civil Action No. A03 CA 113SS |

## DECLARATION OF PHILIP E. COOK
### IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL *MARKMAN* BRIEF

I, Philip E. Cook, declare as follows:

1.  I am a partner with the law firm of Jones Day, counsel of record for plaintiffs Board of Regents, The University of Texas System, and 3D Systems, Inc. in the above-captioned action. I am duly licensed to practice law in the State of California, and have been admitted to this action *pro hac vice*. I have personal knowledge of the facts stated in this declaration, and I could and would competently testify to the matters set forth below if called upon to do so.

2.  Attached as Exhibit 20 is a true copy of the cover page, pages 14-15, 24-25, 36-37, 42-43, 50-52, 54-55, 74-75, 84-85, 96-97, 131, 134-135, and 137, and the reporter's certification from the deposition transcript of Allan J. Lightman, Ph.D., November 17, 2003 deposition.

3.  Attached as Exhibit 21 is a true copy of Dr. Lightman's September 3, 1996 Expert Witness Report submitted by DTM Corporation in the Midwest litigation, which was marked as Plaintiffs' Exhibit 9 at Dr. Lightman's November 17, 2003 deposition.

4.  Attached as Exhibit 22 is a true copy of a 1986 article entitled "Effect of Powder Particle Morphology on the Sintering Behaviour of Polymers," which was marked as Plaintiffs' Exhibit 5 at Dr. Lightman's November 17, 2003 deposition.

5.  Attached as Exhibit 23 is a true copy of U.S. Patent No. 5,658,412 assigned to EOS GmbH Electro Optical Systems ("EOS").

6.  Attached as Exhibit 24 is a true copy of U.S. Patent No. 5,908,569 assigned to EOS.

7.  Attached as Exhibit 25 is a true copy of an excerpt from the document entitled, "Operation EOSINT P 700" (bearing production numbers EOS1352 through EOS1490 and produced to Plaintiffs by EOS in this litigation).

8.  Attached as Exhibit 26 is a true copy of promotional materials available on EOS's website <www.EOSint.com>, downloaded on November 19, 2003.

I further declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 20th day of November, 2003 at Los Angeles, California.

_____
Philip E. Cook

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served in the following manner to the following counsel of record on this 20th day of November, 2003.

| | |
|---|---|
| Thomas H. Watkins<br>Albert A. Carrion, Jr.<br>HILGERS & WATKINS P.C.<br>98 San Jacinto Boulevard<br>San Jacinto Center, Suite 1300<br>Austin, Texas 78701<br>(512)476-4716<br>(512) 476-5139 Facsimile | *Via Certified Mail* |
| Michael H. Baniak<br>Michael D. Gannon<br>BANIAK PIKE & GANNON<br>150 N. Wacker Drive, Suite 1200<br>Chicago, Illinois 60606<br>(312) 673-0360<br>(312) 673-0361 Facsimile | *Via Federal Express and Electronic Mail* |

Attorneys for Defendant
EOS GMBH ELECTRO OPTICAL SYSTEMS

*[signature]*
ELIZABETH J. BROWN FORE

Gray Cary\AU\4116529.1
2502557-1

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

## NOTICE OF DOCUMENT(S) NOT IMAGED

Civil Case No.        A:03-CA-113 SS

Board of Regents, The University of Texas Systems

VS.

EOS GmbH Electro Optical Systems

| | |
|---|---|
| Attachments to Document #: | 111 |
| Description: | Declaration of Philip E. Cook in Support of Plaintiffs' Supplemental Markman Brief |
| Filed By: | Plaintiffs |
| File Date: | 11/20/03 |