IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

BOARD OF REGENTS, THE UNIVERSITY OF
TEXAS SYSTEM, and 3D SYSTEMS, INC.,
    Plaintiffs,

-vs-                 Case No. A-03-CA-113-SS

EOS GmbH ELECTRO OPTICAL SYSTEMS,
    Defendant.

## ORDER

IT IS ORDERED that the above-styled case is SET FOR HEARING on all pending motions and status conference on December 10, 2003, at 10:30 a.m. in Courtroom No. 2, United States Courthouse, 200 West Eighth Street, Austin, Texas.

SIGNED this the 2nd day of December 2003.

                 _____
                 UNITED STATES DISTRICT JUDGE