ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
DEC 2 2003
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| Board of Regents, The University of Texas System, and 3D Systems, Inc., § § § § Plaintiffs, § § v. § EOS GmbH Electro Optical Systems, § Defendant. § § § § | Civil Action No. A03 CA 113SS |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE A
## MOTION IN EXCESS OF PAGE LIMIT

Plaintiffs file this motion for leave to file their "Motion to Disqualify Defendant EOS GmbH Electro Optical Systems' Expert Witness Allan J. Lightman" in excess of the page limit as prescribed by United States District Court for the Western District of Texas Local Rule CV-7(c).

Plaintiffs found it necessary to exceed the ten page limit in order to adequately and fully address all of the legal issues required for their motion. This request to enlarge the page limit is not submitted for the purpose of delay, but rather so that justice may be served.

Therefore, Plaintiffs respectfully request that the Court grant this motion and allow "Motion of Plaintiffs Board of Regents, the University of Texas System and 3D Systems, Inc.'s to Disqualify Defendant EOS GmbH Electro Optical Systems' Expert Witness Allan J. Lightman" to exceed the ten page limit.

Gray Cary\AU\4104711.1
1-1

120

## CERTIFICATE OF CONFERENCE

The parties have conferred and the defendant does not oppose this Motion.

Dated: December 2, 2003            Respectfully submitted,

*Philip E. Cook, by permission*
*Elizabeth J.*
*Brown Fore*

PHILIP E. COOK
California State Bar No. 149067
Admitted *pro hac vice*
ROBERT W. DICKERSON
California State Bar No. 89367
Admitted *pro hac vice*
JONES DAY
555 West Fifth Street
Suite 4600
Los Angeles, California 90013-1025
Telephone: (213) 489-3939

GRAY, CARY, WARE & FREIDENRICH LLP
ALAN D ALBRIGHT
Federal Bar No. 13048
Texas State Bar No. 00973650
ELIZABETH J. BROWN FORE
Texas State Bar No. 24001795
1221 South MoPac Expressway, Suite 400
Austin, TX 78746-6875
Telephone: (512) 457-7000
Facsimile: (512) 457-7001

Attorneys for Plaintiffs
BOARD OF REGENTS, THE
UNIVERSITY OF TEXAS SYSTEM,
and 3D SYSTEMS, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served in the following manner to the following counsel of record on this 2nd day of December, 2003.

Thomas H. Watkins                    *Via Certified Mail*
Albert A. Carrion, Jr.
HILGERS & WATKINS P.C.
98 San Jacinto Boulevard
San Jacinto Center, Suite 1300
Austin, Texas 78701
(512)476-4716
(512) 476-5139 Facsimile

Michael H. Baniak                    *Via Federal Express*
Michael D. Gannon
BANIAK PIKE & GANNON
150 N. Wacker Drive, Suite 1200
Chicago, Illinois 60606
(312) 673-0360
(312) 673-0361 Facsimile

Attorneys for Defendant
EOS GMBH ELECTRO OPTICAL SYSTEMS

                                                   *[signature]*
                                                   ELIZABETH J. BROWN FORE