ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

DEC 2 2003

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY CLERK

| | | |
|---|---|---|
| Board of Regents, The University of Texas System, and 3D Systems, Inc., | § § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. A03 CA 113SS |
| EOS GmbH Electro Optical Systems, | § § | |
| Defendant. | § § § | |

## PLAINTIFFS' MOTION TO FILE DECLARATION OF PHILIP E. COOK IN SUPPORT OF PLAINTIFFS' MOTION TO DISQUALIFY DEFENDANT EOS GMBH ELECTRO OPTICAL SYSTEMS' EXPERT WITNESS ALLAN J. LIGHTMAN UNDER SEAL

Plaintiffs are filing their Declaration of Philip E. Cook in Support of Plaintiffs' Motion to Disqualify Defendant EOS GmbH Electro Optical Systems' Expert Witness Allan J. Lightman. This document contains confidential information and is not intended to be viewed by any person other than as may be authorized by the Protective Order entered in this matter.

Accordingly, Plaintiffs hereby respectfully request that the Court file the Declaration of Philip E. Cook in Support of Plaintiffs' Motion to Disqualify Defendant EOS GmbH Electro Optical Systems' Expert Witness Allan J. Lightman, and its exhibits, under seal.

## CERTIFICATE OF CONFERENCE

The parties have conferred and Defendant does not oppose this Motion.

122

Dated:  December 2, 2003

Respectfully submitted,

*Philip E. Cook, by permission EQBF*

PHILIP E. COOK
California State Bar No. 149067
Admitted *pro hac vice*
ROBERT W. DICKERSON
California State Bar No. 89367
Admitted *pro hac vice*
JONES DAY
555 West Fifth Street
Suite 4600
Los Angeles, California 90013-1025
Telephone: (213) 489-3939

ROBERT W. TURNER
Texas State Bar No. 20329000
JONES DAY
2727 North Harwood Street
P.O. Box 660623
Dallas, Texas 75266-0623
Telephone:  (214) 220-3939
Facsimile:   (214) 969-5100

GRAY, CARY, WARE & FREIDENRICH LLP
ALAN D ALBRIGHT
Federal Bar No. 13048
Texas State Bar No. 00973650
ELIZABETH J. BROWN FORE
Texas State Bar No. 24001795
1221 South MoPac Expressway, Suite 400
Austin, TX 78746-6875
Telephone:  (512) 457-7000
Facsimile:  (512) 457-7001

Attorneys for Plaintiffs
BOARD OF REGENTS, THE
UNIVERSITY OF TEXAS SYSTEM,
and 3D SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served in the following manner to the following counsel of record on this 2nd day of December, 2003.

Thomas H. Watkins                         *Via Certified Mail*
Albert A. Carrion, Jr.
HILGERS & WATKINS P.C.
98 San Jacinto Boulevard
San Jacinto Center, Suite 1300
Austin, Texas 78701
(512)476-4716
(512) 476-5139 Facsimile

Michael H. Baniak                         *Via Federal Express*
Michael D. Gannon
BANIAK PIKE & GANNON
150 N. Wacker Drive, Suite 1200
Chicago, Illinois 60606
(312) 673-0360
(312) 673-0361 Facsimile

Attorneys for Defendant
EOS GMBH ELECTRO OPTICAL SYSTEMS

ELIZABETH J. BROWN FORE