

```
[docket  ]                    CIVIL/CRIMINAL                      [vdkttext]
3. Docket                         Docketing                           [TEXT]


 Docket #   : 1:3 -cv-113
 Short Title: Board of Regents, Th v. EOS GmbH Electro Opt
 Type: cv    -    Judge: Sparks              Magistrate: Unspecified
 ---------------------------------------------------------------------------

------------Event--------------Action--------------Relief------------Trans #----
 seal     doc       -         |-        |-          -        -    |  5590339



           +----------------------------------------------------------+
            Sealed document placed in vault: Pltfs' declaration of
            Philip E. Cook in support of Pltfs' motion to disqualify
            Dft EOS's expert witness Allan J. Lightman


           +editing docket text--------------------------------------+

 Insert mode (ESC to exit)
```

123