IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Board of Regents, The University of Texas System, and 3D Systems, Inc. | § § § § § | |
| Plaintiffs, | § § § | |
| v. | § § § | Civil Action No. A03 CA 113SS |
| EOS GmbH Electro Optical Systems, Defendant. | § § § § | |

**ORDER GRANTING PLAINTIFFS' MOTION TO FILE A
MOTION IN EXCESS OF PAGE LIMIT**

On this 4th day of Dec. 2003, came on for consideration Plaintiffs' Motion for Leave to File "Motion of Plaintiffs Board of Regents, the University of Texas System and 3D Systems, Inc.'s to Disqualify Defendant EOS GmbH Electro Optical Systems' Expert Witness Allan J. Lightman" in Excess of Page Limit and the Court finds that the motion is well taken and is hereby GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Plaintiffs' Motion for Leave to File its "Motion of Plaintiffs Board of Regents, the University of Texas System and 3D Systems, Inc.'s to Disqualify Defendant EOS GmbH Electro Optical Systems' Expert Witness Allan J. Lightman" in Excess of Page Limit be and hereby is GRANTED.

ENTERED this 4th day of Dec., 2003.

_____
THE HONORABLE SAM SPARKS

Gray Cary\AU\4104729.1
1-1