ORIGINAL

FILED

2003 DEC -8 AM 10: 28

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Board of Regents, The University of Texas System, and 3D Systems, Inc., | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. A03 CA 113SS |
| EOS GmbH Electro Optical Systems, | § § | |
| Defendant. | § § § | |

## ORDER GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL

BE IT REMEMBERED on the 8th day of December 2003, came on for consideration Plaintiffs' Motion to File their Declaration of Philip E. Cook in Support of Plaintiffs' Motion to Disqualify Defendant EOS GmbH Electro Optical Systems' Expert Witness Allan J. Lightman Under Seal. The Court finds that the motion is well taken and is hereby GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiffs' Motion to File Under Seal is Granted and that the Declaration of Philip E. Cook in Support of Plaintiffs' Motion to Disqualify Defendant EOS GmbH Electro Optical Systems' Expert Witness Allan J. Lightman, and its exhibits, will be filed under seal.

SIGNED this the 8th day of December 2003.

_____
UNITED STATES DISTRICT JUDGE

Gray Cary\AU\4118481.1
2502557-1