1

```
                UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF TEXAS
                       AUSTIN DIVISION

BOARD OF REGENTS, THE      ) Docket No. 03-CA-113 SS
UNIVERSITY OF TEXAS        )
SYSTEM, 3D SYSTEMS, INC.   )
                           )
vs.                        ) Austin, Texas
                           )
EOS GMBH ELECTRO           )
OPTICAL SYSTEMS            ) November 24, 2003

              TRANSCRIPT OF MARKMAN HEARING
            BEFORE THE HONORABLE SAM SPARKS

APPEARANCES:

For the Plaintiffs:        Mr. Alan D. Albright
                           Ms. Elizabeth J. Brown Fore
                           Gray, Cary, Ware & Freidenrich
                           1221 South MoPac, Suite 400
                           Austin, Texas 78746

                           Mr. Philip E. Cook
                           Mr. Robert W. Dickerson
                           Jones, Day, Reavis & Pogue
                           555 West Fifth Street, Suite 4600
                           Los Angeles, California 90013

For the Defendants:        Mr. Michael H. Baniak
                           Mr. Charles C. Kinne
                           Mr. Michael D. Gannon
                           Baniak, Pine & Gannon
                           150 N. Wacker Drive, Suite 1200
                           Chicago, Illinois 60606

                           Mr. Thomas H. Watkins
                           Hilgers & Watkins
                           P.O. Box 2063
                           Austin, Texas 78768

Court Reporter:            Ms. Lily Iva Reznik, RPR, CRR
                           200 West 8th Street
                           Austin, Texas 78701
                           (512)916-5564

Proceedings recorded by mechanical stenography, transcript
produced by computer.
```