

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Board of Regents, The University of Texas System, and 3D Systems, Inc., | § § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. A03 CA 113SS |
| EOS GmbH Electro Optical Systems, | § § § | |
| Defendant. | § | |

### PLAINTIFFS BOARD OF REGENTS, UNIVERSITY OF TEXAS SYSTEM AND 3D SYSTEMS, INC. RESPONSE TO COURT'S DECEMBER 3, 2003, MARKMAN ORDER

In response to the Court's Order signed on December 3, 2003 (the "Order"), Plaintiffs Board of Regents, University of Texas System and 3D Systems, Inc. respectfully submit this response to inform the Court that Plaintiffs have no objections to the Court's construction of the patent claims as described in the Order.

Dated: December 17, 2003

Respectfully submitted,

*Philip E. Cook by permission*
PHILIP E. COOK (admitted *pro hac vice*)
Calif. State Bar No. 149067
ROBERT W. DICKERSON (admitted *pro hac vice*)
Calif. State Bar No. 89367
JONES DAY
555 West Fifth Street, Suite 4600
Los Angeles, CA 90013-1025
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

Gray Cary\AU\4119143.1
2502557-1

144

ALAN D ALBRIGHT
Federal Bar No. 13048
Texas State Bar No. 00973650
ELIZABETH J. BROWN FORE
Texas State Bar No. 24001795
GRAY, CARY, WARE & FREIDENRICH LLP
1221 South MoPac Expressway, Suite 400
Austin, TX 78746-6875
Telephone: (512) 457-7000
Facsimile: (512) 457-7001

Attorneys for Plaintiffs
BOARD OF REGENTS, THE
UNIVERSITY OF TEXAS SYSTEM,
and 3D SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to the following counsel of record on this 17th day of December, 2003 in the following manner:

| | |
|---|---|
| Thomas H. Watkins<br>Albert A. Carrion, Jr.<br>BROWN MCCARROLL LLP<br>98 San Jacinto Boulevard<br>San Jacinto Center, Suite 1300<br>Austin, Texas 78701<br>(512)476-4716<br>(512) 476-5139 Facsimile | *Via United States Mail* |
| Michael H. Baniak<br>Michael D. Gannon<br>Andrew F. Pratt<br>BANIAK PINE & GANNON<br>150 N. Wacker Drive, Suite 1200<br>Chicago, Illinois 60606<br>(312) 673-0360<br>(312) 673-0361 Facsimile | *Via Overnight Delivery* |

Attorneys for Defendant
EOS GMBH ELECTRO OPTICAL SYSTEMS

                                                             */s/ Elizabeth J. Brown Fore*
                                                       ELIZABETH J. BROWN FORE