

ORIGINAL

FILED
DEC 23 2003
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Board of Regents, The University of Texas System, and 3D Systems, Inc., § § § § Plaintiffs, § § v. § § EOS GmbH Electro Optical Systems, § § Defendant. § § § | Civil Action No. A03 CA 113SS |

## MOTION OF PLAINTIFFS BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM, AND 3D SYSTEMS, INC. FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISQUALIFY DEFENDANT EOS'S EXPERT WITNESS ALLAN J. LIGHTMAN, PH.D. IN EXCESS OF PAGE LIMIT

Plaintiffs Board Of Regents, The University Of Texas System and 3D Systems, Inc. file this Motion For Leave To File Reply In Support Of Plaintiffs' Motion To Disqualify Defendant EOS's Expert Witness Allan J. Lightman, Ph.D. in excess of the page limit as prescribed by United States District Court for the Western District of Texas Local Rule CV-7(e).

1.  Plaintiffs found it necessary to exceed the five page limit in order to adequately and fully address all of the legal issues required for their Reply to Defendant EOS's Opposition. Plaintiffs move the Court to allow it to exceed the five page limit set by the Local Rules.

2.  This request to enlarge the page limit is not submitted for the purpose of delay, but rather so that justice may be served.

3.  The parties have conferred and Defendant does not oppose this Motion.

Therefore, Plaintiffs respectfully request that the Court grant this motion and allow their Reply in Support of Plaintiffs' Motion To Disqualify Defendant EOS's Expert Witness Allan J. Lightman, Ph.D. to exceed the five page limit.

Dated: December 23, 2003

*Philip E. Cook, by permission EJBF*
PHILIP E. COOK (admitted *pro hac vice*)
Calif. State Bar No. 149067
ROBERT W. DICKERSON (admitted *pro hac vice*)
Calif. State Bar No. 89367
JONES DAY
555 West Fifth Street, Suite 4600
Los Angeles, CA 90013-1025
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

ALAN D ALBRIGHT
Federal Bar No. 13048
Texas State Bar No. 00973650
ELIZABETH J. BROWN FORE
Texas State Bar No. 24001795
GRAY, CARY, WARE & FREIDENRICH LLP
1221 South MoPac Expressway, Suite 400
Austin, TX 78746-6875
Telephone: (512) 457-7000
Facsimile: (512) 457-7001

Attorneys for Plaintiffs
BOARD OF REGENTS, THE
UNIVERSITY OF TEXAS SYSTEM,
and 3D SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to the following counsel of record on this 23rd day of December, 2003 in the following manner:

Thomas H. Watkins          *Via United States Mail*
Albert A. Carrion, Jr.
BROWN MCCARROLL LLP
98 San Jacinto Boulevard
San Jacinto Center, Suite 1300
Austin, Texas 78701
(512)476-4716
(512) 476-5139 Facsimile

Michael H. Baniak          *Via Overnight Delivery*
Michael D. Gannon
Andrew F. Pratt
BANIAK PINE & GANNON
150 N. Wacker Drive, Suite 1200
Chicago, Illinois 60606
(312) 673-0360
(312) 673-0361 Facsimile

Attorneys for Defendant
EOS GMBH ELECTRO OPTICAL SYSTEMS

_____
ELIZABETH J. BROWN FORE