**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
DEC 2 3 2003
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
          DEPUTY CLERK

| | |
|---|---|
| Board of Regents, The University of Texas System, and 3D Systems, Inc., § § § | |
| Plaintiffs, § § § | |
| v. § | Civil Action No. A03 CA 113SS |
| § § | |
| EOS GmbH Electro Optical Systems, § § § | |
| Defendant. § | |

## DECLARATION OF BRENT E. STUCKER, PH.D. IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF ITS MOTION TO DISQUALIFY ALLAN LIGHTMAN, PH.D.

I, Brent E. Stucker, Ph.D., declare:

1. I have personal knowledge of the matters contained in this declaration and, if called as a witness, could and would competently testify hereto.

2. I am an Assistant Professor of Mechanical & Aerospace Engineering at Utah State University.

3. I hold a Bachelor's degree in Mechanical Engineering from the University of Idaho and a Ph.D. in Mechanical Engineering from Texas A&M University.

4. I have been retained as a testifying expert on behalf of Plaintiffs in this action.

5. I read the Declaration of Michael C. Shellabear, Ph.D. filed in Support of EOS's Opposition to Disqualify Dr. Allan J. Lightman. I disagree with Dr. Shellabear's statement that "after eliminating those individuals who have an affiliation with EOS, 3D Systems, DTM or the University of Texas, there are only about six individuals who meet these criteria and would probably be able and willing to serve as an independent expert for EOS."

6.  Using Dr. Shellabear's definition of one with appropriate background in the field as defined in his declaration, to locate appropriate experts, I would interview the authors of scientific articles related to selective laser sintering.

7.  To locate additional potential experts, I would conduct searches at http://home.att.net/~edgrenda/index.htm, a website designed for searching technical articles on Rapid Prototyping ("RP"). On December 23, 2003, I conducted a search using the term "SLS" (selective laser sintering) and the search engine retrieved 336 articles. I also conducted a search using the term "laser sintering," and was presented with 559 articles. Many of the authors of these articles, according to Dr. Shellabear's definition of one with appropriate background in the field, would be appropriate as expert witnesses in the field of RP and laser sintering.

8.  Also, inventors of selective laser sintering patents would meet Dr. Shellabear's definition of one with appropriate background in the field. Attached hereto as Exhibit 1 is a list of 52 patents related to selective laser sintering. Each patent has between one and five co-inventors.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

December 23, 2003

Brent E. Stucker, Ph.D.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served in the following manner to the following counsel of record on this 23rd day of December, 2003.

| | |
|---|---|
| Thomas H. Watkins<br>Albert A. Carrion, Jr.<br>HILGERS & WATKINS P.C.<br>98 San Jacinto Boulevard<br>San Jacinto Center, Suite 1300<br>Austin, Texas 78701<br>(512)476-4716<br>(512) 476-5139 Facsimile | *Via Certified Mail* |
| Michael H. Baniak<br>Michael D. Gannon<br>BANIAK PIKE & GANNON<br>150 N. Wacker Drive, Suite 1200<br>Chicago, Illinois 60606<br>(312) 673-0360<br>(312) 673-0361 Facsimile | *Via Federal Express* |

Attorneys for Defendant
EOS GMBH ELECTRO OPTICAL SYSTEMS

                                            */s/ Elizabeth J. Brown Fore*
                                            ELIZABETH J. BROWN FORE

PATENTS

| | |
|---|---|
| Author(s) | Wicks; Ruel E.    Tourtellotte; Herbert A. |
| Title | Powder feed apparatus |
| Patent No. | 4,270,675    Assignee United Technologies Corp |

Exh. 1

| | |
|---|---|
| Author(s) | Arcella; Frank G. (Bethel Park, PA); Lessmann; Gerald G. (Pleasant Hills, |
| Title | Casting Shapes       [Early Publication in Europe] |
| Patent No. | 4,818,562    Assignee Westinghouse Electric Corp. |

| | |
|---|---|
| Author(s) | Sachs; Emanuel M. , Cima; Michael J. , Bredt; James F. , Khanuja; Satbir |
| Title | Process for removing loose powder particles from interior passages of a |
| Patent No. | 5,490,882    Assignee Mass. Institute of Technology |

| | |
|---|---|
| Author(s) | Alscher; Gabriele    Schmachtenberg; Ernst |
| Title | Method for manufacturing three-dimensional tools intended for shaping |
| Patent No. | DE 197 01    Assignee IKM Institute for Plastics in Machining |

| | |
|---|---|
| Author(s) | O'Conner; Kurt F.    Stewart; James R. |
| Title | Method of burning out polycarbonate patterns from ceramic molds |
| Patent No. | 5,298,204    Assignee General Motors Corp |

| | |
|---|---|
| Author(s) | Smith; Redd H. |
| Title | Fabrication method for rotary bits and bit components and bits and |
| Patent No. | 5,433,280    Assignee Baker Hughes Inc. |

| | |
|---|---|
| Author(s) | Smith; Redd H. |
| Title | Fabrication method for rotary bits and bit components |
| Patent No. | 5,544,550    Assignee Baker Hughes Inc. |

| | |
|---|---|
| Author(s) | Bampton; Clifford C. (Thousand Oaks, CA); Burkett; Robert (Simi Valley, |
| Title | Free form fabrication of metallic components |
| Patent No. | 5,745,834    Assignee Rockwell International Corporation |

PATENTS

| | |
|---|---|
| Author(s) | Benda; John A.    Parasco; Aristotle |
| Title | Method for performing multiple beam laser sintering employing focussed |
| Patent No. | 5,393,482    Assignee United Technologies Corp |

| | |
|---|---|
| Author(s) | Benda; John A.    Parasco; Aristotle |
| Title | Method for performing temperature-controlled laser sintering |
| Patent No. | 5,427,733    Assignee United Technologies Corp |

| | |
|---|---|
| Author(s) | Benda; John A.    Parasco; Aristotle |
| Title | Apparatus for multiple beam laser sintering |
| Patent No. | 5,508,489    Assignee United Technologies Corp |

| | |
|---|---|
| Author(s) | Benda; John A.    Parasco; Aristotle |
| Title | Apparatus for temperature controlled laser sintering |
| Patent No. | 5,530,221    Assignee United Technologies Corp |

| | |
|---|---|
| Author(s) | O'Connor; Kurt F. |
| Title | Method of making a core/pattern combination for producing a gas-turbine |
| Patent No. | 5,250,136    Assignee General Motors Corp |

| | |
|---|---|
| Author(s) | O'Connor; Kurt F. |
| Title | Rapid prototyping process and cooling chamber therefor |
| Patent No. | 5,622,577    Assignee Delco Electronics Corporation |

| | |
|---|---|
| Author(s) | O'Connor; Kurt |
| Title | Rapid prototyping process and apparatus therefor |
| Patent No. | 5,846,370    Assignee Delco Electronics Corporation |

| | |
|---|---|
| Author(s) | Sachs: Emanuel    Michaels; Steven P.    Allen; Samuel M. |
| Title | Enhancement of thermal properties of tooling made by solid free form |
| Patent No. | 5,775,402    Assignee Mass. Institute of Technology |

**PATENTS**

| | |
|---|---|
| Author(s) | Cima; Linda G.    Cima; Michael J. |
| Title | Tissue regeneration matrices by solid free form fabrication techniques |
| Patent No. | 5,518,680    Assignee Mass. Institute of Technology |

| | |
|---|---|
| Author(s) | Sachs; Emanuel    et al (4 others) |
| Title | Ceramic mold finishing techniques for removing powder |
| Patent No. | 5,814,161    Assignee Mass. Institute of Technology |

| | |
|---|---|
| Author(s) | Cima; Linda G.    Cima; Michael J. |
| Title | Preparation of medical devices by solid free-form fabrication methods |
| Patent No. | 5,490,962    Assignee Mass. Institute of Technology |

| | |
|---|---|
| Author(s) | Mackay; Colin A. |
| Title | Three-dimensional metal fabrication using a laser |
| Patent No. | 5,314,003    Assignee MCC Corporation |

| | |
|---|---|
| Author(s) | MacKay; Colin A. |
| Title | Composition for three-dimensional metal fabrication using a laser |
| Patent No. | 5,393,613    Assignee MCC Corporation |

| | |
|---|---|
| Author(s) | Klein; Albert J. (Arlington Heights, IL); Hooper; William H. (Fairfield, CT) |
| Title | Method for producing metal powder having rapid sintering characteristics |
| Patent No. | 4,209,326    Assignee American Can Company |

| | |
|---|---|
| Author(s) | Benda; John A. (Amston, CT); Parasco; Aristotle (East Hampton, CT) |
| Title | Absorption tailored laser sintering |
| Patent No. | 6,007,764    Assignee United Technologies Corp |

| | |
|---|---|
| Author(s) | Smith; Redd H. (Salt Lake City, UT) |
| Title | Fabrication method for rotary bits and bit components |
| Patent No. | 5,957,006    Assignee Baker Hughes Inc. |

PATENTS

| | |
|---|---|
| Author(s) | Chow; Jacob T. C. (Salt Lake City, UT); Findley; Sidney L. (Salt Lake City, |
| Title | Structure for use in Drilling a Subterranean Formation |
| Patent No. | 6,089,123   Assignee Baker Hughes Inc. |

| | |
|---|---|
| Author(s) | Chow; Jacob T. C. (Salt Lake City, UT); Findley; Sidney L. (Salt Lake City, |
| Title | Bit Manufacturing Method |
| Patent No. | 6,073,518   Assignee Baker Hughes Inc. |

| | |
|---|---|
| Author(s) | Vacanti; Joseph P. (Winchester, MA); Cima; Linda G. (Lexington, MA); |
| Title | Vascularized Tissue Regeneration Matrices Formed by Solid Free Form |
| Patent No. | 6,139,574   Assignee Mass. Institute of Technology |

| | |
|---|---|
| Author(s) | Clausen; Christian Henning (P.O. Box 24, Woodbury, NJ 08096); Mickish; |
| Title | Laser Sinterable Thermoplastic Powder |
| Patent No. | 6,110,411   Assignee E. I. DuPont de Nemours & Co. |

| | |
|---|---|
| Author(s) | Harrison; David Bryan (Leverkusen, DE); Podszun; Wolfgang (Cologne, DE) |
| Title | Copolymers for Rapid Prototyping |
| Patent No. | 6,143,852   Assignee Bayer Aktiengesellschaft |

| | |
|---|---|
| Author(s) | Meiners; Wilhelm (Aachen, DE); Wissenbach; Konrad (Herzogenrath, DE); |
| Title | Selective Laser Sintering at Melting Temperature |
| Patent No. | 6,215,093   Assignee Fraunhofer-Gesellschaft zur Foerderung der |

| | |
|---|---|
| Author(s) | Butcher; Trent N. (Sandy, UT); Findley; Sidney L. (West Valley City, UT); |
| Title | Method of Manufacturing Bits, Bit Components, and Other Articles of |
| Patent No. | 6,209,420   Assignee Baker Hughes Inc. |

| | |
|---|---|
| Author(s) | Schmidt; Wayde R. (Pomfret Center, CT) |
| Title | Method for Modifying the Properties of a Freeform Fabricated Part |
| Patent No. | 6,228,437   Assignee United Technologies Corp |

| | |
|---|---|
| Author(s) | Scholten; Heinz (Haltern, DE); Christoph; Wolfgang (Marl, DE) |
| Title | Use of Nylon-12 for Selective Layer Sintering |
| Patent No. | 6,245,281    Assignee Huels Aktiengesellschaft |

| | |
|---|---|
| Author(s) | Smith; Redd H. (Salt Lake City, UT); Findley; Sidney L. (West Valley City, |
| Title | Method for infiltrating preformed components and component assemblies |
| Patent No. | 5,839,329    Assignee Baker Hughes Inc. |

| | |
|---|---|
| Author(s) | Cima; Linda G. (Lexington, MA); Cima; Michael J. (Lexington, MA) |
| Title | Preparation of medical devices by solid free-form fabrication methods |
| Patent No. | 5,869,170    Assignee Mass. Institute of Technology |

| | |
|---|---|
| Author(s) | Newell; Kenneth J. (Marina Del Rey, CA); Goldberg; Ira B. (Westlake |
| Title | Direct Metal Fabrication (DMF) Using a Carbon Precursor to Bind the |
| Patent No. | 5,932,055    Assignee Rockwell Science Center |

| | |
|---|---|
| Author(s) | Stucker; Brent E. (West Kingston, RI); Bradley; Walter L. (College Station, |
| Title | Manufacture and Use of ZrB2/Cu or TiB2/Cu Composite Electrodes |
| Patent No. | 5,933,701    Assignee Texas A & M University |

| | |
|---|---|
| Author(s) | Sinor; L. Allen (Kingwood, TX) |
| Title | Rotary drag bit with enhanced hydraulic and stabilization characteristics |
| Patent No. | 6,302,223    Assignee Baker Hughes Inc. |

| | |
|---|---|
| Author(s) | CARETTA, RENATO; (GALLARATE(VA), IT) ; MANCOSU, FEDERICO; (MILAN, |
| Title | METHOD OF PRODUCING TYRES, OF MAKING VULCANIZATION MOULDS FOR |
| Patent No. | 2001004818    Assignee Pirelli Coordinamentopneumatici S.p.A. |

| | |
|---|---|
| Author(s) | Smith; Redd H.; Findley; Sidney L.; Butcher; Trent N. |
| Title | Method and apparatus for infiltrating preformed components and |
| Patent No. | 6,354,362    Assignee Baker Hughes Inc. |

| | |
|---|---|
| Author(s) | Stucker; Brent E. (College Station, TX); Bradley; Walter L. (College Station, TX); Eubank; |
| Title | Manufacture and use of ZrB.sub.2 /CU composite electrodes |
| Patent No. 5,870,663 | Assignee Texas A & M University |

| | |
|---|---|
| Author(s) | Meiners; Wilhelm ; Wissenbach; Konrad ; Gasser; Andres |
| Title | Method and device for scanning the surface of an object with a laser beam |
| Patent No. 6,534,740 | Assignee Fraunhofer Gesellschaft zur Forderung der angewandten Forschung |

| | |
|---|---|
| Author(s) | Cima; Linda G. ; Cima; Michael J. |
| Title | Tissue regeneration matrices by solid free-form fabrication techniques |
| Patent No. 6,530,958 | Assignee Mass. Institute of Technology |

| | |
|---|---|
| Author(s) | Shen, Jialin; (Blaubeuren, DE) ; Steinberger, Jurgen; (Grobenzell, DE) |
| Title | Device and process for sintering a powder with a laser beam |
| Patent No. 20030059334 | Assignee DaimlerChrysler Res. Ctr. (Ulm ,Ger.) |

| | |
|---|---|
| Author(s) | |
| Title | Laser sintering apparatus |
| Patent No. 20030052105 | Assignee FUJI Photo Film CO., LTD. |

| | |
|---|---|
| Author(s) | Manetsberger, Karsten; (Ulm, DE) ; Shen, Jialin; (Blaustein, DE) ; Steinberger, Juergen; |
| Title | Method and device for selective laser sintering |
| Patent No. 20020158054 | Assignee DaimlerChrysler Res. Ctr. (Ulm ,Ger.) |

| | |
|---|---|
| Author(s) | Ryang; Hong-Son (Camarillo, CA); Schroeder; Scott A. (Newbury Park, CA) |
| Title | Strengthening method for green form parts made from metal powder |
| Patent No. 6,365,093 | Assignee Rockwell Technologies |

| | |
|---|---|
| Author(s) | ? |
| Title | Apparatus and method for dispensing of powders |
| Patent No. 6,336,480 | Assignee Therics, Inc. |

**PATENTS**

| | |
|---|---|
| Author(s) | Meister; Matthias |
| Title | Process of making a bit body and mold therefor |
| Patent No. 6,200,514 | Assignee Baker Hughes Inc. |

| | |
|---|---|
| Author(s) | Poliniak; Eugene Samuel; Sun; Hoi Cheong Steve; Desai; Nitin Vithalbhai; |
| Title | Methods using dry powder deposition apparatuses |
| Patent No. 6,511,712 | Assignee Delsys Pharmaceutical |

| | |
|---|---|
| Author(s) | Ryang; Hong-Son (Camarillo, CA); Schroeder; Scott A. |
| Title | Strengthening method for green form parts made from metal powder |
| Patent No. 6,365,093 | Assignee Rockwell Technologies, LLC |

| | |
|---|---|
| Author(s) | Gaylo; Christopher M. ; Imiolek; Ireneusz J.  Fedor; Jeffrey A. |
| Title | Apparatus and method for dispensing of powders |
| Patent No. 6,336,480 | Assignee Therics, Inc. |