IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BOARD OF REGENTS, ET AL. § | |
| § | |
| § | A-03-CA-113 SS |
| V. § | |
| § | |
| EOS GMBH ELECTRO OPTICAL § | |
| SYSTEMS § | |

### ORDER

The hearing currently set on January 15, 2004, has been rescheduled to January 16, 2004 at 1:30 p.m.

SIGNED this the 31st day of December, 2003.

ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE