

```
[docket  ]                    CIVIL/CRIMINAL                      [vdkttext]
4. Queries                      Docketing


 Docket #   : 1:3 -cv-113
 Short Title: Board of Regents, Th v. EOS GmbH Electro Opt
 Type: cv    -     Judge: Sparks              Magistrate: Unspecified
---------------------------------------------------------------------------



 Filed      Entry Date  Last Update      History ID      Docketed by
 12/31/03    1/6/04      **/**/**         5632667           tdk
    +-----------------------------------------------------------------+
    Sealed document placed in vault: Exhibits 5 and 7 to the
    declaration of Philip E. Cook in support of motion of Pltfs
    for summary judgment on EOS's third affirmative defense of
    express license.

    +viewing docket text---------------------------------------------+
 Transaction: seal doc -/ -/ - - -

 Command mode (? for commands)
```

155