**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Board of Regents, The University of Texas System, and 3D Systems, Inc., | § § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. A03 CA 113SS |
| EOS GmbH Electro Optical Systems, | § § | |
| Defendant. | § § § | |

FILED
DEC 31 2003
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

## COUNTERCLAIM DEFENDANTS' UNOPPOSED MOTION TO FILE EXHIBITS 11-23 TO THE APPENDIX OF 3D SYSTEMS, INC. AND 3D SYSTEMS CORPORATION'S MOTION FOR SUMMARY JUDGMENT ON EOS'S ANTITRUST COUNTERCLAIM COUNT V UNDER SEAL

Counterclaim Defendants are filing their Appendix to Motion of Counterclaim Defendants 3D Systems, Inc. and 3D Systems Corporation for Summary Judgment on EOS's Antitrust Counterclaim Count V. Exhibits 11 through 23 of the Appendix contain confidential information and are not intended to be viewed by any person other than as may be authorized by the Protective Order entered in this matter.

Accordingly, Counterclaim Defendants hereby respectfully request that the Court file Exhibits 11 through 23 of the Appendix to Motion of Counterclaim Defendants 3D Systems, Inc. and 3D Systems Corporation for Summary Judgment on EOS's Antitrust Counterclaim Count V under seal.

### CERTIFICATE OF CONFERENCE

The parties have conferred and Defendant does not oppose this Motion.

Gray Cary\AU\4119895.1
2502557-1



Dated: December 31, 2003

Respectfully submitted,

*Philip E. Cook, by permission EJBF*

PHILIP E. COOK
California State Bar No. 149067
Admitted *pro hac vice*
ROBERT W. DICKERSON
California State Bar No. 89367
Admitted *pro hac vice*
JONES DAY
555 West Fifth Street
Suite 4600
Los Angeles, California 90013-1025
Telephone: (213) 489-3939


GRAY, CARY, WARE & FREIDENRICH LLP
ALAN D ALBRIGHT
Federal Bar No. 13048
Texas State Bar No. 00973650
ELIZABETH J. BROWN FORE
Texas State Bar No. 24001795
1221 South MoPac Expressway, Suite 400
Austin, TX 78746-6875
Telephone: (512) 457-7000
Facsimile: (512) 457-7001

Attorneys for Plaintiffs
BOARD OF REGENTS, THE
UNIVERSITY OF TEXAS SYSTEM,
and 3D SYSTEMS, INC.

# CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was served in the following manner to the following counsel of record on this 31st day of December, 2003.

| | |
|---|---|
| Thomas H. Watkins<br>Albert A. Carrion, Jr.<br>HILGERS & WATKINS P.C.<br>98 San Jacinto Boulevard<br>San Jacinto Center, Suite 1300<br>Austin, Texas 78701<br>(512)476-4716<br>(512) 476-5139 Facsimile | *Via Certified Mail* |
| Michael H. Baniak<br>Michael D. Gannon<br>BANIAK PIKE & GANNON<br>150 N. Wacker Drive, Suite 1200<br>Chicago, Illinois 60606<br>(312) 673-0360<br>(312) 673-0361 Facsimile | *Via Federal Express* |

Attorneys for Defendant
EOS GMBH ELECTRO OPTICAL SYSTEMS

                                              */s/ Elizabeth J. Brown Fore*
                                            ELIZABETH J. BROWN FORE