

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Board of Regents, The University of Texas System, and 3D Systems, Inc., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. A03 CA 113SS |
| EOS GmbH Electro Optical Systems, | § § | |
| Defendant. | § § § | |

**REPORT OF PLAINTIFFS BOARD OF REGENTS,
THE UNIVERSITY OF TEXAS SYSTEM AND 3D SYSTEMS, INC. ON
STATUS OF DISCOVERY SOUGHT BY MOTION TO COMPEL**

Plaintiffs Board of Regents, University of Texas ("UT") and 3D Systems, Inc. ("3D Systems") hereby submit this report, pursuant to the Court's December 15, 2003 order on Plaintiffs' motion to compel, concerning the status of discovery and "what remains active from the Motion of Plaintiffs to Compel Deposition and Production of Documents Requested from Defendant."

**A.    Initial Rule 30(b)(6) Deposition of EOS**

Despite its objections, EOS permitted testimony on all topics listed in the Deposition Notice and permitted a videotaped inspection of the accused infringing product, the P-700 EOSINT laser sintering machine.  There are no issues remaining on the EOS deposition.

**B.    EOS Document Production**

On December 19, 2003, Plaintiffs' counsel received copies of approximately 18,000 pages of documents from EOS's counsel.  In addition, EOS specified both by letter and in

supplemental interrogatory responses those documents, by production number, the documents

that it was referring to (i) when answering certain of Plaintiffs' interrogatories pursuant to

Rule 33(d), and (b) in its Rule 26 disclosures.

Based on the information available to Plaintiffs at this time, there do not appear to be any

issues remaining on the EOS document production. However, Plaintiffs are unable to determine

whether EOS has in fact produced all responsive documents, and reserves the right to determine

through discovery whether EOS has in fact complied with its obligations under the Federal Rules

of Civil Procedure.

Dated: December 31, 2003

*Philip E. Cook, by permission*
*EABF*

PHILIP E. COOK (admitted *pro hac vice*)
Calif. State Bar No. 149067
ROBERT W. DICKERSON (admitted *pro hac vice*)
Calif. State Bar No. 89367
JONES DAY
555 West Fifth Street, Suite 4600
Los Angeles, CA 90013-1025
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

ALAN D ALBRIGHT
Federal Bar No. 13048
Texas State Bar No. 00973650
ELIZABETH J. BROWN FORE
Texas State Bar No. 24001795
GRAY, CARY, WARE & FREIDENRICH LLP
1221 South MoPac Expressway, Suite 400
Austin, TX 78746-6875
Telephone: (512) 457-7000
Facsimile: (512) 457-7001

Attorneys for Plaintiffs
BOARD OF REGENTS, THE
UNIVERSITY OF TEXAS SYSTEM,
and 3D SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served in the following manner to the following counsel of record on this 31st day of December, 2003.

Thomas H. Watkins                      *Via Certified Mail*
Albert A. Carrion, Jr.
HILGERS & WATKINS P.C.
98 San Jacinto Boulevard
San Jacinto Center, Suite 1300
Austin, Texas 78701
(512)476-4716
(512) 476-5139 Facsimile

Michael H. Baniak                      *Via Federal Express*
Michael D. Gannon
BANIAK PIKE & GANNON
150 N. Wacker Drive, Suite 1200
Chicago, Illinois 60606
(312) 673-0360
(312) 673-0361 Facsimile

Attorneys for Defendant
EOS GMBH ELECTRO OPTICAL SYSTEMS

ELIZABETH J. BROWN FORE