ORIGINAL

FILED

JAN 0 5 2004

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Board of Regents, The University of Texas System, and 3D Systems, Inc., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. A03 CA 113SS |
| EOS GmbH Electro Optical Systems, | § § | |
| Defendant. | § § § | |

**PLAINTIFFS BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM, AND 3D SYSTEMS, INC.'S RESPONSE TO DEFENDANT EOS GMBH ELECTRO OPTICAL SYSTEMS' OBJECTIONS TO THIS COURT'S DECEMBER 3, 2003 OPINION AND ORDER ON CLAIM CONSTRUCTION**

In response to defendant EOS GmbH Electro Optical Systems' ("EOS") "Objections to this Court's December 3, 2003 Opinion and Order on Claim Construction," plaintiffs Board of Regents, the University of Texas System, and 3D Systems, Inc. assert that EOS's Objections do not raise any new issue that EOS has not previously briefed and/or argued, and thus EOS's Objections require neither substantive response by plaintiffs nor re-consideration by the Court of its December 3, 2003 Opinion and Order.

165

Dated:  January 5, 2004

*Philip E. Cook, by permission* EJBF

PHILIP E. COOK (admitted *pro hac vice*)
Calif. State Bar No. 149067
ROBERT W. DICKERSON (admitted *pro hac vice*)
Calif. State Bar No. 89367
JONES DAY
555 West Fifth Street, Suite 4600
Los Angeles, CA  90013-1025
Telephone:  (213) 489-3939
Facsimile:  (213) 243-2539

ALAN D ALBRIGHT
Federal Bar No. 13048
Texas State Bar No. 00973650
ELIZABETH J. BROWN FORE
Texas State Bar No. 24001795
GRAY, CARY, WARE & FREIDENRICH LLP
1221 South MoPac Expressway, Suite 400
Austin, TX  78746-6875
Telephone:  (512) 457-7000
Facsimile:  (512) 457-7001

Attorneys for Plaintiffs
BOARD OF REGENTS, THE
UNIVERSITY OF TEXAS SYSTEM,
and 3D SYSTEMS, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was sent to the following counsel of record on this 5th day of January, 2004 in the following manner:

Thomas H. Watkins            *Via Certified Mail*
Albert A. Carrion, Jr.
BROWN MCCARROLL LLP
98 San Jacinto Boulevard
San Jacinto Center, Suite 1300
Austin, Texas 78701
(512)476-4716
(512) 476-5139 Facsimile

Michael H. Baniak            *Via Federal Express*
Michael D. Gannon
Andrew F. Pratt
BANIAK PINE & GANNON
150 N. Wacker Drive, Suite 1200
Chicago, Illinois 60606
(312) 673-0360
(312) 673-0361 Facsimile

Attorneys for Defendant
EOS GMBH ELECTRO OPTICAL SYSTEMS

ELIZABETH J. BROWN FORE