**ORIGINAL**

**FILED**

JAN 0 6 2004

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Board of Regents, The University of Texas System, and 3D Systems, Inc., | § § § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. A03 CA 113SS |
| EOS GmbH Electro Optical Systems, | § § | |
| Defendant. | § § § § | |

## NOTICE OF FILING CORRECTED EXHIBIT 23 TO APPENDIX TWO TO MOTION OF COUNTERCLAIM DEFENDANTS 3D SYSTEMS, INC. AND 3D SYSTEMS CORPORATION FOR SUMMARY JUDGMENT ON EOS'S ANTITRUST COUNTERCLAIM COUNT V

Counterclaim Defendants 3D Systems Inc. and 3D Systems Corporation submit this Exhibit 23 (CORRECTED) to *Appendix Two To Motion Of Counterclaim Defendants 3D Systems, Inc. And 3D Systems Corporation For Summary Judgment On EOS's Antitrust Counterclaim Count V* to correct citations to excerpts of the deposition of Dr. Hans Langer.

At the time of drafting, Counterclaim Defendants were in possession of only a rough draft copy of the deposition transcript of Dr. Langer taken on December 17, 2003. Thus, the cites to Dr. Langer's deposition refer to the pages from the rough draft transcript. Immediately prior to filing, Counterclaim Defendants received the final copy of the deposition transcript of Dr. Hans Langer and attached the pages referenced in Counterclaim Defendants' motion as Exhibit 23. For the Court's convenience, Counterclaim Defendants provide a chart with the corrected Exhibit 23 that correlates the pagination differences between the rough draft version, which is cited in the brief, and the final version of Dr. Hans Langer's deposition transcript.

Dated: January 6, 2004              Respectfully submitted,

*Philip E. Cook, by permission EJBF*

PHILIP E. COOK
California State Bar No. 149067
Admitted *pro hac vice*
ROBERT W. DICKERSON
California State Bar No. 89367
Admitted *pro hac vice*
JONES DAY
555 West Fifth Street
Suite 4600
Los Angeles, California 90013-1025
Telephone: (213) 489-3939

GRAY, CARY, WARE & FREIDENRICH LLP
ALAN D ALBRIGHT
Federal Bar No. 13048
Texas State Bar No. 00973650
ELIZABETH J. BROWN FORE
Texas State Bar No. 24001795
1221 South MoPac Expressway, Suite 400
Austin, TX 78746-6875
Telephone: (512) 457-7000
Facsimile: (512) 457-7001

Attorneys for Plaintiffs
BOARD OF REGENTS, THE
UNIVERSITY OF TEXAS SYSTEM,
and 3D SYSTEMS, INC.

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served in the following manner to the following counsel of record on this 6th day of January, 2004.

| | |
|---|---|
| Thomas H. Watkins<br>Albert A. Carrion, Jr.<br>HILGERS & WATKINS P.C.<br>98 San Jacinto Boulevard<br>San Jacinto Center, Suite 1300<br>Austin, Texas 78701<br>(512)476-4716<br>(512) 476-5139 Facsimile | *Via Certified Mail* |
| Michael H. Baniak<br>Michael D. Gannon<br>BANIAK PIKE & GANNON<br>150 N. Wacker Drive, Suite 1200<br>Chicago, Illinois 60606<br>(312) 673-0360<br>(312) 673-0361 Facsimile | *Via Federal Express* |

Attorneys for Defendant
EOS GMBH ELECTRO OPTICAL SYSTEMS

_/s/ Elizabeth J. Brown Fore_
ELIZABETH J. BROWN FORE

3