

```
  [docket  ]                    CIVIL/CRIMINAL                      [vdkttext]
3. Docket                                                              [TEXT]


 Docket #    : 1:3 -cv-113
 Short Title: Board of Regents, Th v. EOS GmbH Electro Opt
 Type: cv    -     Judge: Sparks              Magistrate: Unspecified
 ------------------------------------------------------------------------------

 ------------Event--------------Action--------------Relief------------Trans #----
 seal     doc      -           |-         |-         -        -      | 5635438



         +-----------------------------------------------------------+
          Sealed document placed in vault: Corrected exhibit 23 to
          Counterclaim Dfts' appendix II to their motion for summary
          judgment on EOS's antitrust counterclaim count V.


          +editing docket text----------------------------------------+

 Insert mode (ESC to exit)
```

173