

```
   [docket   ]                    CIVIL/CRIMINAL                      [vdkttext]
   3. Docket                                                             [TEXT]


   Docket #   : 1:3 -cv-113
   Short Title: Board of Regents, Th v. EOS GmbH Electro Opt
   Type: cv    -     Judge: Sparks              Magistrate: Unspecified
   ------------------------------------------------------------------------

   -----------Event--------------Action--------------Relief------------Trans #----
   seal       m       -        |-          |seal       m       -    |  5680286


               +---------------------------------------------------------+
               Sealed Motion by EOS GmbH Electro Optical |SEALED - for a
               continuance or denial of 3D Systems' motion for summary
               judgment on EOS's antitrust counterclaim count V and EOS's
               opposition to 3D Systems' motion for summary judgment on
               EOS's antitrust counterclaim count V.|
               +editing docket text--------------------------------------+

   Insert mode (ESC to exit)
```

#181

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

### Notice of Document/Attachment(s) Not Imaged and Contained in Expandable Folder

### See Expandable File(s) to View/Copy Document/Attachment(s)

Civil Case No.      A:03-CA-113 SS

Board of Regents, et al.

VS.

EOS GmbH Electro Optical Systems

Attachments to
Document #:      181 - Exhibits D filed under seal with motion

Description:      EOS' Sealed Motion for a Continuance or Denial of 3D Systems' Motion for Summary Judgment on EOS' Antitrust Counterclaim Count V and EOS' Opposition to 3D's Motion for Summary Judgment on EOS' Antitrust Counterclaim Count V

File Date:      1/30/04

Prepared by:      TDK

**This sheet to be imaged as the last page.**