

```
[docket   ]                    CIVIL/CRIMINAL                      [vdkttext]
3. Docket                         Docketing                           [TEXT]


Docket #   : 1:3 -cv-113
Short Title: Board of Regents, Th v. EOS GmbH Electro Opt
Type: cv    -    Judge: Sparks              Magistrate: Unspecified
-----------------------------------------------------------------------------

-----------Event--------------Action--------------Relief------------Trans #----
seal     doc       -         |-         |-         -         -     | 5680313


           +-----------------------------------------------------------+
            Sealed document   placed in vault: Exhibit D to Dft EOS's
            sealed motion [181] for a continuance or denial of 3D
            Systems' motion for summary judgment.

           +editing docket text----------------------------------------+

Insert mode (ESC to exit)
```

#182