

```
  [docket   ]                    CIVIL/CRIMINAL                       [vdkttext]
  3. Docket                        Docketing                              [TEXT]


 Docket #   : 1:3 -cv-113
 Short Title: Board of Regents, Th v. EOS GmbH Electro Opt
 Type: cv    -     Judge: Sparks              Magistrate: Unspecified
 ------------------------------------------------------------------------------

 ------------Event---------------Action--------------Relief------------Trans #----
 seal     doc      -        |-         |-        -         -       | 5680447


         +-----------------------------------------------------------------+
          Sealed document  placed in vault: EOS's memorandum in
          opposition to Pltfs' motion for summary judgment on EOS's
          third affirmative defense of express license.


         +editing docket text---------------------------------------+

 Insert mode (ESC to exit)
```



#185

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

### Notice of Document/Attachment(s) Not Imaged and Contained in Expandable Folder

### See Expandable File(s) to View/Copy Document/Attachment(s)

| | |
|---|---|
| Civil Case No. | A:03-CA-113 SS |
| | Board of Regents, et al. |
| | VS. |
| | EOS GmbH Electro Optical Systems |
| Attachments to Document #: | 185 - Exhibits 10,11, & 15 filed under seal with Memorandum |
| Description: | EOS's Sealed Memorandum in Opposition to Pltfs' Motion for Summary Judgment on EOS's Third Affirmative Defense of Express License |
| File Date: | 1/30/04 |
| Prepared by: | TDK |

**This sheet to be imaged as the last page.**