IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



FILED
2004 FE -9 PM 4: 24

| | |
|---|---|
| BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM, AND 3D SYSTEMS, INC.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>EOS GMBH ELECTRO OPTICAL SYSTEMS,<br><br>　　　　　　　Defendant. | Civil Action No. A03 CA 113SS |

## JOINT STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE

Comes now, Board of Regents, The University of Texas System and 3D Systems, Inc., Plaintiffs herein, and EOS GmbH Electro Optical Systems, Defendant herein, and hereby jointly stipulate that all actions, claims and counterclaims contained in this suit, including the Defendant's Counterclaim asserted against 3D Systems Corporation, be dismissed with prejudice pursuant to Rule 41(a)(1) and (c) of the Federal Rules of Civil Procedure. The parties further stipulate that each party will bear its own fees and costs incurred in connection with the prosecution or defense of the action, and all counterclaims related thereto. The parties request that the Court retain jurisdiction to enforce the terms of the October 16, 2003 Protective Order entered in this case.

SANJAC-2489410 1
50163 1

196

Respectfully submitted,

BROWN MCCARROLL L.L.P.
1300 San Jacinto Center
98 San Jacinto Boulevard
P.O. Box 2063
Austin, Texas 78768-2063
(512) 476-4716
(512) 476-5139 (Telecopier)

By: _____
THOMAS H. WATKINS
State Bar No. 20928000
ALBERT A. CARRION, JR.
State Bar No. 03883100

MICHAEL H. BANIAK
MICHAEL D. GANNON
ANDREW F. PRATT
CHARLES C. KINNE
BANIAK PINE & GANNON
150 N. Wacker Drive, Suite 1200
Chicago, Illinois 60606
(312) 673-0360
(312) 673-0361 (Telecopier)

DAVID J. LAING
BAKER & MCKENZIE
815 Connecticut Avenue, NW, Suite 900
Washington, DC 20006
(202) 452-7023
(202) 452-7074 (Telecopier)

ATTORNEYS FOR DEFENDANT
EOS GMBH ELECTRO OPTICAL SYSTEMS

- 2 -

JONES DAY
555 West Fifth Street
Suite 4600
Los Angeles, California 90013-1025
(213) 489-3939
(213) 243-2539 Telecopier

By: _____
PHILIP E. COOK
California State Bar No. 149067
Admitted *pro hac vice*


ALAN D. ALBRIGHT
State Bar No. 00973650
ELIZABETH J. BROWN FORE
State Bar No. 24001795
GRAY, CARY, WARE & FREIDENRICH L.L.P.
1221 South MoPac Expressway, Suite 400
Austin Texas 78746-6875
Telephone (512) 457-7000
Facsimile (512) 457-7001

JOHN A. HERFORT, Admitted *pro hac vice*
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-3832
Facsimile: (212) 351-5258

ATTORNEYS FOR PLAINTIFFS
BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM, AND 3D SYSTEMS, INC.
AND COUNTERCLAIM DEFENDANT 3D SYSTEMS CORPORATION

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was provided to counsel of record by the method indicted below on this the 9th day of February 2004:

Philip E. Cook  *via Federal Express*
Robert W. Dickerson
JONES DAY
555 W. Fifth Street, Suite 4600
Los Angeles, California 90013-1025

Alan D. Albright  *via Regular Mail*
Elizabeth J. Brown Fore
GRAY CARY WARE & FREIDENRICH, LLP
1221 South Mopac Expressway, Suite 400
Austin, Texas 78746-6875

_____
ALBERT A. CARRION JR.

- 4 -

SANJAC 2489410.1
50163.1