IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM, AND 3D SYSTEMS, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>EOS GMBH ELECTRO OPTICAL SYSTEMS,<br><br>    Defendant. | Civil Action No. A03 CA 113SS |

## ORDER GRANTING JOINT MOTION FOR STIPULATION OF DISMISSAL WITH PREJUDICE

On this day came on to be heard the Joint Motion of Plaintiffs Board of Regents, The University of Texas System and 3D Systems, Inc., and Defendant EOS GmbH Electro Optical Systems for entry of an order of dismissal of this case, including all actions, claim, and counterclaims filed herein, including the Defendant's Counterclaim asserted against 3D Systems Corporation. The Court having reviewed the Motion finds that it should be granted.

IT IS THEREFORE ORDERED that this suit, including all actions, claims and counterclaims filed herein, including the Defendant's Counterclaim asserted against 3D Systems Corporation, be dismissed with prejudice pursuant to Rule 41(a)(1) and (c) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that each party bear its own fees and costs incurred in connection with the prosecution or defense of the action, and all actions, claims and counterclaims related thereto.

SANJAC:2489418.1
50163.1

- 2 -

IT IS FURTHER ORDERED that the Court retain jurisdiction to enforce the terms of the October 16, 2003 Protective Order entered in this case.

SIGNED on this **10th** day of February 2004.

_____
JUDGE SAM SPARKS